*Harvey I. Harris* and *Jeannette S. Dolgin* for appellants.
*Ralph E. Hemstreet* and *Louis J. Carruthers* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, on the ground that the record presents jury questions as to negligence and contributory negligence. Plaintiffs were not trespassers as matter of law. (*Zambardi* v. *South Brooklyn Ry. Co.*, 281 N. Y. 516.)   No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS, J.

JEROME MYER et al., as Trustees for JULIUS MYER, Under a Trust Indenture Dated April 21, 1942, Appellants, *v.* ABRAHAM MYER et al., Respondents.

Argued April 7, 1947; decided April 17, 1947.

*Jay Leo Rothschild* and *Stanley L. Gluck* for appellants.

*Abraham J. Halprin* and *Sidney R. Rossiter* for Abraham Myer and others, respondents.

*Ilo Orleans* for Julius Myer by Louis J. Lefkowitz, as committee, and another, respondents.

Orders affirmed, with costs. Questions certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FLOYD E. MARTIN, Appellant.

Argued February 25, 1947; decided April 17, 1947.

